**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-245**

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
August 18, 2025

---

## Title

**Title of Work:** White Spotted Octopus Mug

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** February 24, 2025
**Nation of 1st Publication:** Türkiye

## Author

- **Author:** Gulcin Afkan
  **Author Created:** sculpture
  **Citizen of:** Türkiye

## Copyright Claimant

**Copyright Claimant:** Gulcin Afkan
Topcular mah. Durusu sok. No:5 Orcun Park Evleri A Blok D:1, Degirmendere Golcuk, Kocaeli, Turkiye

## Certification

**Name:** Daniel Lachman
**Date:** May 22, 2025

---

**Copyright Office notes:** Basis for Registration: Graphic and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

